Form 27 - GENERAL PURPOSE
**JON L. NORINSBERG**
**ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK    COUNTY
-------------------------------------------------

| | |
|---|---|
| JUAN JIMENEZ                              plaintiff | Index No. **07 CV 10592** |
| | Date Filed  ............ |
| - against - | |
| | Office No. |
| THE CITY OF NEW YORK, ETAL            defendant | |
| | Court Date:   /  / |

-------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**KENNETH WISSNER**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **28th day of November, 2007**     at   02:45 PM.,                at
**100 CHURCH ST, 4TH FL.**
**NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **CIVIL COVER SHEET**
   **JUDGES RULES**

upon **THE CITY OF NEW YORK**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES-GAMMON, LEGAL CLERK & GENERAL AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**         COLOR: **BLACK**        HAIR: **BLACK**
   APP. AGE: **35**        APP. HT: **5:6**        APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
3rd  day of  December, 2007sg


SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

KENNETH WISSNER   721352
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN95338