FEB-19-2008  15:49    LAW OFFICES                    12124066890    P.02
Received: Feb 19 2008 03:29pm
13 56 28   02-19-2008                                                2/3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JUAN JIMENEZ,

                                    Plaintiff,

        -against-

THE CITY OF NEW YORK, DET. RAYMOND
ALICEA, Shield No. 0434, Individually and in his Official
Capacity, and P.O.s "JOHN DOE" #1-10, Individually and
in their Official Capacities, (the name John Doe being
fictitious, as the true names are presently unknown),

                                    Defendants.

-------------------------------------------------------------- x

**PROPOSED CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

07 Civ. 10592 (GBD)

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No **additional parties** may be joined after **May 1, 2008.**

2. No **amendment** to the pleadings will be permitted after **May 1, 2008.**

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **August 5, 2008.** The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to be served by **September 12, 2008.** Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **October 2, 2008 at 9:30 a.m.**

6. The **Joint Pretrial Order** shall be filed no later than **September 12, 2008**. The requirements for the pretrial order and other pretrial submission shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after **October 9, 2008**. The estimated trial time is **five (5) days**, and this is a jury trial.

9. The Next Case Management Conference will be held on _____.

Dated: February 19, 2008
New York, New York

SO ORDERED:

_____
George B. Daniels
United States District Judge

_[signature]_
Attorney for Plaintiff

_[signature]_
Attorney for Defendant